UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| ALFRED MORIN,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>WILLIAM LYVER, in his official capacity as Northborough Chief of Police; COMMONWEALTH OF MASSACHUSETTS,<br><br>      Defendants-Appellees. | No. 20-1280 |

## **STIPULATION OF DISMISSAL OF APPEAL**

The parties to the above-captioned appeal hereby stipulate and agree to the dismissal of the appeal under Fed. R. App. P. 42(b)(1), without costs.

Respectfully submitted,

ALFRED MORIN,

By his attorney,

/s/ David D. Jensen
David D. Jensen, Esq., No. 1166745
David Jensen PLLC
33 Henry St.
Beacon, NY 12508
(212) 380-6615
david@djensenpllc.com

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Timothy J. Casey
Timothy J. Casey, No. 123832
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2048
timothy.casey@mass.gov


WILLIAM LYVER, CHIEF OF THE NORTHBOROUGH POLICE DEPARTMENT,

By his attorney,

/s/ Janelle M. Austin
Janelle M. Austin, No. 1141809
KP Law, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, Massachusetts 02110
(617) 556-0007
jaustin@k-plaw.com

August 1, 2023

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2023, this Stipulation of Dismissal of Appeal was filed through this Court's ECF system, and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants (if any) indicated as non-registered participants.

                                    /s/ Timothy J. Casey
                                    Timothy J. Casey
                                    Counsel for the Commonwealth of Mass.