# United States Court of Appeals
## For the First Circuit

No. 20-1280

ALFRED MORIN,

Plaintiff - Appellant,

v.

WILLIAM LYVER, in his official capacity as Northborough Chief of Police; COMMONWEALTH OF MASSACHUSETTS,

Defendants - Appellees.

### JUDGMENT

Entered: August 2, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
David D. Jensen
Timothy J. Casey
Julia Eleanor Kobick
Janelle M. Austin
Neal Goldfarb