UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| ALFRED MORIN,<br><br>　　　　Plaintiff-Appellant,<br><br>v.<br><br>WILLIAM LYVER, in his official capacity as Northborough Chief of Police, COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　Defendants-Appellees. | No. 20-1280 |

**STATUS REPORT**

　　　The parties submit this status report pursuant to this Court order of November 17, 2022.

　　　We previously advised the Court that the parties had reached an agreement to resolve the claims in this action and had submitted a joint motion to the district court. Since then, the district court granted the parties' joint motion and, per the district court's request, the parties submitted a proposed judgment. We anticipate that the district court will enter the proposed judgment in the near future.

Respectfully submitted,
ALFRED MORIN,

By his attorney,

/s/ David D. Jensen
David D. Jensen, Esq., No. 1166745
David Jensen PLLC
33 Henry St.
Beacon, NY 12508
(212) 380-6615
david@djensenpllc.com

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

ELIZABETH N. DEWAR
ACTING ATTORNEY GENERAL

 /s/ Timothy J. Casey
Timothy J. Casey, No. 123832
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2048
timothy.casey@mass.gov

                                                WILLIAM LYVER, CHIEF OF THE NORTHBOROUGH POLICE DEPARTMENT,

                                                By his attorney,

                                                <u>/s/ Janelle M. Austin</u>
                                                Janelle M. Austin, No. 1141809
                                                KP Law, P.C.
                                                  Town Counsel
                                                101 Arch Street, 12th Floor
                                                Boston, Massachusetts 02110
                                                (617) 556-0007
                                                jaustin@k-plaw.com

Dated: May 16, 2023